# UNITED STATES DISTRICT COURT
## District of Kansas

Justin Collins
_____
Plaintiff/Petitioner

1) Jeff Zmuda
2) Melissa Waldock
3) Joel Hrabe
4) Andrew Lucht
Kansas Dept of Corrections
_____
Defendant/Respondent

& Individual Capacity
& Official Capacity

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT BY A PRISONER**

CASE NUMBER    23-3085-JWL

I, Justin Collins, declare that I am the (check appropriate box)

(**G** petitioner/plaintiff/movant)    **G** other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? (**G** Yes)    **G** No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration Larned Correctional Mental Health Facility
    Are you employed at the institution? No
    Do you receive any payment from the institution? $9.50 but it gets taken b/c I owe $.
    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions. Not been incarcerated 6 months yet

2. Do you have **any** cash or checking or savings accounts? **G** Yes (**No**)

    If "Yes," state the total amount.

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    (☒ No)

If "Yes," describe the property and state its value.

I declare under penalty of perjury that the above information is true and correct.

Signed at:  Larned Kansas 67550                         _Justi Colby_
            (Location)                                   (Signature)

            15 April 2023                                87893
            (Date)                                       (Inmate Number)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.