```
2/13/2023  09:02:25   KANSAS DEPARTMENT OF CORRECTIONS                        GETTY1
                         Inmate Banking Transaction History                   BKR0019A
-------------------------------------------------------------------------------
   Inmate:        0087893    COLLINS,JUSTIN,JADE
   Time Frame:    November  1 2022 thru  February 13 2023
* Means Government Benefits Were Affected
                                                    Forced      Mandatory
Code Description          Date     Fac       Cash   Savings     Savings     Voucher#
 250 Incentive Pay       1/06/23  LCMHF      5.85       .00         .00
 900 LEGAL/OFF. PST P    1/06/23  LCMHF      1.61-      .00         .00
 900 LEGAL/OFF. PST P    1/06/23  LCMHF      1.82-      .00         .00
 900 LEGAL/OFF. PST P    1/06/23  LCMHF       .46-      .00         .00
 900 LEGAL/OFF. PST P    1/06/23  LCMHF      1.19-      .00         .00
 900 LEGAL/OFF. PST P    1/13/23  LCMHF       .60-      .00         .00
 250 Incentive Pay       2/03/23  LCMHF      9.00       .00         .00
 900 LEGAL/OFF. PST P    2/03/23  LCMHF      7.20-      .00         .00
 920 ADM FEE PAY         2/03/23  LCMHF      1.00-      .00         .00     0000264
 612 Legal Copies        2/03/23  LCMHF       .80-      .00         .00

                                                                            Bottom

F3 = Exit    F12 = Previous Screen    F11=Display more information
```

*Bank Statement To Date*

*I owe $600 plus don't have any way to pay off KDOC debt —*

*Not been in KDOC 6 months to give you a 6 month Record of Banking*

*/s/ Justin Collins*