United States District Court
Clerk of Court 10th Cir,

10 April 23

    I need to file this Motion, I believe, as such enclosed/E-File. Also, I ask in light of my Pro Se status, without much legal understanding of Civil Procedures on Federal Proceedings, about the possibility that I may need to file a Motion for leave to amend or simply a Motion to Amend. I have read the main complaint filed, and the Judges comments and case law cited. When I filed the 1983 I did so going by "brief explanation of events" constituting what I felt like were violations of my 8th and 14th Amendment. I did not get to specific because my understanding was that I was not to do that but let the court interpret the level of Constitutional violation. However, I did not explain that a "Program Credit" means early release from prison, thereby establishing my right to relief under the 14th Amendment. Also, the harsher conditions of confinement resulting from a transfer. Then, the specifics of each defendant. Times. What they did, etc. So I ask you, the court clerk, do I need to file that Motion for leave to Amend for my complaint to survive Screening. Or will I get a chance after KDOC completes the Martinez Report, and moves to dismiss?

Respectfully

Justin Collins #87893
Pro Se  23-CV-3085-JWL

Justin Jude Collins
KDOC_courtfile_lcmhf@ks.gov