IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN JADE COLLINS,

    **Plaintiff,**

    v.                                                  CASE NO. 23-3085-JWL

MELISSA WALDOCK, et al.,

    **Defendants.**

**ORDER**

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. This matter is before the Court on Plaintiff's Motion to Seal (Doc. 8) and letter to the Clerk of Court (Doc. 9).

Plaintiff seeks to seal this case, arguing that public access could put his safety at risk. The Court denies the request to seal this entire case. However, the Court will seal documents containing facts that could potentially pose a safety issue for Plaintiff.

Plaintiff has submitted a letter to the Clerk, inquiring as to whether or not he should seek to amend his Complaint. Court staff are not permitted to give legal advice to litigants. However, the Court will advise Plaintiff that he will be given an opportunity to respond to the *Martinez* Report after it has been filed.

    **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Seal (Doc. 8) is **denied.**

    **IT IS FURTHER ORDERED** that the Clerk is directed to place Docs. 1, 4, and 8 under seal.

1

**IT IS SO ORDERED.**

**Dated April 13, 2023, in Kansas City, Kansas.**

                                             **s/ John W. Lungstrum**
                                             **JOHN W. LUNGSTRUM**
                                             **UNITED STATES DISTRICT JUDGE**