IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JUSTIN JADE COLLINS,**

    **Plaintiff,**

    v.                                        CASE NO. 23-3085-JWL

**MELISSA WALDOCK, et al.,**

    **Defendants.**

## ORDER

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. This matter is before the Court on Plaintiff's Motion to Amend Complaint (Doc. 11). Although Plaintiff's Complaint (Doc. 1) includes allegation against Lt. Lines, Plaintiff failed to list her as a defendant. Plaintiff seeks to add Lt. Lines as a defendant and to add additional facts in support of his Complaint. The Court will treat Plaintiff's motion as a request to supplement his Complaint and will grant the request. The Court will direct the Clerk to add Lt. Lines as a defendant in this case. Plaintiff should refrain from filing any additional motions or supplements until he has received the *Martinez* Report ordered at Doc. 4.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Amend Complaint (Doc. 11) is treated as a request to supplement his Complaint and is **granted.**

**IT IS FURTHER ORDERED** that the Clerk is directed to add Lt. Lines as a defendant and to notify the Kansas Attorney General and the KDOC of the addition of this defendant to the Service Order at Doc. 5.

1

**IT IS SO ORDERED.**

**Dated April 19, 2023, in Kansas City, Kansas.**

s/  John W. Lungstrum<br>
JOHN W. LUNGSTRUM<br>
UNITED STATES DISTRICT JUDGE