Skylar O'Hara
Clerk of US District Court,



27 May 23

I, Justin Collins, am hereby informing the court that my address has changed. It is as follows:

Justin Collins 132 1319
Western Regional Diagnostic & Correctional Center
3401 Faraon St.
St. Joeseph, Missouri 64506

Re: Collins v. Waldock 23-CV-3085-JWL

Thank you,

Just Collins