IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN JADE COLLINS,

    **Plaintiff,**

    v.                                               CASE NO. 23-3085-JWL

MELISSA WALDOCK, et al.,

    **Defendants.**

## ORDER

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff is a Kansas Department of Corrections ("KDOC") inmate. At the time of filing, Plaintiff was confined at the Larned Correctional Mental Health Facility in Larned, Kansas.

In his Complaint, Plaintiff alleges Defendants are failing to protect him and he seeks an injunction ordering his transfer out of state or to Oswego. The Court entered a Memorandum and Order (Doc. 4) finding that the proper processing of Plaintiff's claims cannot be achieved without additional information from appropriate KDOC officials. *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.2d 1106 (10th Cir. 1991). Accordingly, the Court ordered the appropriate KDOC officials to prepare and file a *Martinez* Report.

Plaintiff has now submitted a Notice of Change of Address (Doc. 15) indicating that he has now been transferred as requested in his Complaint. The parties should notify the Court as to whether or not all of the issues in this case are moot. The order for a *Martinez* Report is stayed pending further order of the Court.

1

**IT IS THEREFORE ORDERED BY THE COURT** that the parties are granted until **June 16, 2023,** in which to notify the Court as to whether or not all of the issues in this case are moot in light of Plaintiff's transfer.

**IT IS SO ORDERED.**

Dated June 2, 2023, in Kansas City, Kansas.

<u>s/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**