Honorable Judge Lungstrum
Clerk of U.S. District Court

FILED
JUN 20 2023
Clerk, U.S. District Court
By: [signature] Deputy Clerk

14 June 23

    I am writing to inform the court that I recieved what I feel like is a strange call from an attorney named John Graves. He introduced himself by saying he was an "unintrested party" but proceeded for 30 minutes asking me questions concerning my case. He did tell me he was assigned by the court to prepare the Martinez Report; as the conversation unfolded he began asking me if by me being moved to ████████ was I going to make the claim moot. I began to explain the history of my case and why I would not do so, then explained that Lt. Lines was added to the suit for what she did. At this point in the conversation, Mr. Graves more or less began defending the actions of KDOC and the Defendants. He said that 'Lt. Lines was emailed by myself and she says she didn't say that'. I said "ofcourse Lt. Lines said she didn't say it". Mr. Graves then proceeded to tell me Lt. Ron Erwin, SAS EAI, conducted a 'shallow investigation' on former Major Lucht — I responded that it had its merits if, as it was, the man was walked out of the facility for administrative punishment. That regardless of the investigation, shallow or in depth and thorough, KDOC/EAI divulged my name as an informant to Luchts civil service appeal attorney's and my name was then released to STG's and staff by him afterwards implemented in the corruption investigation — to which Mr. Graves said he asked Lucht if he did that. And he said Lucht told him no. I said ofcourse he said he didn't. At that point I asked Mr. Graves where his office was located and he said Hutchison Correctional Facility and I politely ended the phone call because I feel that

Mr. Graves mislead me to believe he was an uninstrested party only to take an aggressive intrest in defending and excusing every ~~count~~ Count I allege in which said named defendents violated my civil rights.

Therfore, I notify the court of this decieving and strange phone call. And I will tell the court what I told Mr. Graves: I don't have a law degree. Or experience in Civil rights law. But SAS Lt. Ron Erwins report was written. Rather shallow or not. And then KDOC violated my civil rights by violating a contract of confidentiality that puts my life in danger every day in prison and on the street. The continued actions (Lt. Lines) and the inaction of KDOC at every turn from 2017 to this new suit — puts my life in danger unnecessarily. What was done to me by KDOC was a clear violation of my 8th Amendment. And to present and to date, very probably my 14th Amendment as well... I don't know what the court does to people when they violate a persons civil rights in this manner. But whatever that punishment/judgment/adjudication is it should be reviewed by the court for their determination, and not John Graves.

Respectfully

Justin Collins
23-CV-3085-JWL
Collins VS Waldock