IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN JADE COLLINS,

    **Plaintiff,**

    v.                          CASE NO. 23-3085-JWL

MELISSA WALDOCK, et al.,

    **Defendants.**

**ORDER**

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff is a Kansas Department of Corrections ("KDOC") inmate. At the time of filing, Plaintiff was confined at the Larned Correctional Mental Health Facility in Larned, Kansas. On June 2, 2023, the Court entered an Order (Doc. 17) directing the parties to advise the Court as to whether or not the issues in this case are moot. The KDOC filed a response (Doc. 18) and Plaintiff filed a response (Doc. 19). The Court will grant the KDOC until June 30, 2023, to respond to Plaintiff's response at Doc. 19.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC is granted until **June 30, 2023,** in which to respond to Plaintiff's response at Doc. 19.

IT IS SO ORDERED.

Dated June 22, 2023, in Kansas City, Kansas.

                                              s/ John W. Lungstrum
                                              JOHN W. LUNGSTRUM
                                              UNITED STATES DISTRICT JUDGE