Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JUSTIN JADE COLLINS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-3085-JWL |
| | ) | |
| MELISSA WALDOCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### RESPONSE TO COURT'S ORDER OF JUNE 22, 2023

COMES NOW the interested party, Kansas Department of Corrections, by and through counsel, Jon Graves, and responds to the Court's order of June 22, 2023, to offer any response to correspondence from plaintiff dated June 14, 2023, and filed June 20, 2023.

This counsel believes all issues raised by plaintiff in his complaint are rendered moot by reason of plaintiff's transfer in May of 2023 to a housing facility outside the state of Kansas, and because of other circumstances of his two cases.

Because plaintiff doesn't respond to the Court's invitation to explain why the transfer of plaintiff to housing in another state doesn't render his above captioned case moot, this interested party counsel will stand on the pleading previously filed, document 18, concluding the matter is indeed moot due to the transfer.

Counsel regards the Court's invitation to respond to plaintiff's correspondence, document 19, as an invitation to respond to plaintiffs summary of the contents of the telephone call with plaintiff at his new housing location at 1:00 o'clock P.M. on June 13, 2023.

The call was arranged in advance with plaintiff's case manager, Michelle Marshall and took place as scheduled.

Ultimately, the purpose of the call was three things: 1) to see if plaintiff agreed his action was now moot; 2) to see if plaintiff was injured by anyone while he was at the Larned State Correctional Facility; and 3) to discuss how to send plaintiff documents without risking inmates at his new facility finding out about his allegation that he was a confidential informant while in Kansas.

Counsel jotted down a short outline before the call, which provided as follows:

Greet
Purpose of Call – Who I am
Explain delay in move
Judge's order
      Receive
      Thoughts
$\pi$ Intent
Concern about mailing to $\pi$

The call began as scheduled.  After I introduced myself and began speaking, plaintiff politely stopped me and asked more about who I was.  I explained that I was an interested party appointed by the Court to do a Martinez report on his case.  Then I immediately clarified that the Court ordered the Kansas Department of Corrections to do the report and that my senior counsel assigned me to do the report.   I asked plaintiff if he knew what a Martinez Report was and he did.

I explained the reason for the delay in him being moved, that being the search to find a state who would take him and then the delay in waiting for them to transport him.

I asked plaintiff if he received the Court's show cause order and asked what his thoughts were regarding whether his case was now moot after his transfer.  Plaintiff never answered that question, but engaged in a discussion about how each defendant had done him wrong.  It is correct that I responded to two or three of his allegations, indicating that defendants Lucht and Lines both denied his allegations, which seemed appropriate to share.

When he brought up the investigation by Lt. Erwin into his allegations in 2017, I did reference the report as shallow.  I don't remember the exact words, but the report and reporting process was discussed disapprovingly in the lengthy Kansas Civil Service Board decision reinstating defendant Lucht to his position and awarding full back pay to Lucht.  I haven't yet seen the report or a full transcript of the multiple hearings, but the Board's decision made it clear what they thought.

I did not discuss evidence, contrary to plaintiff's allegations, in any degree of depth because that was not why I was contacting him and there was no purpose in doing so.

Plaintiff suggests that he then ended the call, but that is not correct.

I then asked him if he had suffered any injury after he was transferred to the Larned State Correctional Facility in December of 2022. I believe he indicated he had not been hurt, but I can't be certain of that, although I have no indication he was injured in any way.

I then asked plaintiff how it would be best to communicate with him to avoid other inmates finding out about his admission to being a confidential informant. Plaintiff indicated he wasn't worried about that. He has a cell mate, but trusted him to not say anything. Plaintiff also indicated that the gangs were different in the receiving state and implicitly suggested that none of the gangs existing in the Kansas Department of Corrections were a threat to him in the receiving state.

As far as making the phone call is concerned, there was nothing improper about counsel making such a call. This counsel often reaches out to inmate plaintiffs prior to filing the Martinez Report, although those contacts are usually in writing instead of by phone. In this case counsel chose to use the telephone to contact the plaintiff due to distance and time constraints, and also to better discuss how to best mail documents to plaintiff so as to not risk inadvertent disclosure of plaintiff's allegations to others in the housing location.

Counsel for the interested party Kansas Department of Corrections so responds.

Respectfully submitted,

By___/s/ Jon D. Graves_____

   Jon D. Graves #10554
   P.O. Box 1568
   Hutchinson, KS 67504-1568
   (620) 625-7253
   Jon.Graves@ks.gov
   **Attorney for Interested Party**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 23, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Justin J Collins



    **PLAINTIFF PRO SE**

             /s/ Jon D. Graves_____
             Jon D. Graves