IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN JADE COLLINS,

    **Plaintiff,**

    v.                                    CASE NO. 23-3085-JWL

MELISSA WALDOCK, et al.,

    **Defendants.**

### ORDER

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff is a Kansas Department of Corrections ("KDOC") inmate. At the time of filing, Plaintiff was confined at the Larned Correctional Mental Health Facility in Larned, Kansas.

The Court entered a Memorandum and Order (Doc. 4) finding that the proper processing of Plaintiff's claims cannot be achieved without additional information from appropriate KDOC officials. *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.2d 1106 (10th Cir. 1991). Accordingly, the Court ordered the appropriate KDOC officials to prepare and file a *Martinez* Report. After receiving a Notice of Change of Address from Plaintiff, the Court entered an Order (Doc. 17) directing the parties to advise the Court as to whether or not the issues in this case are moot. The Court also stayed the order for a *Martinez* Report pending further order of the Court.

Plaintiff has responded, taking the position that not all of the issues in this case are moot. Therefore, the Court will reinstate a deadline for the KDOC to prepare and file a *Martinez* Report.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC is granted until **August 18, 2023,** in which to prepare and file a *Martinez* Report as ordered in this Court's Memorandum and Order at Doc. 4.

**IT IS SO ORDERED.**

**Dated July 10, 2023, in Kansas City, Kansas.**

<u>s/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE