IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN JADE COLLINS,

    **Plaintiff,**

    v.          CASE NO. 23-3085-JWL

MELISSA WALDOCK, et al.,

    **Defendants.**

### ORDER

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. At the time of filing, Plaintiff was confined at the Larned Correctional Mental Health Facility in Larned, Kansas.

The Court entered a Memorandum and Order (Doc. 4) finding that the proper processing of Plaintiff's claims cannot be achieved without additional information from appropriate KDOC officials. *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.2d 1106 (10th Cir. 1991). Accordingly, the Court ordered the appropriate KDOC officials to prepare and file a *Martinez* Report. This matter is before the Court on counsel's Motion to File Under Seal Entire Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 25). The motion indicates that Plaintiff will be provided with a copy of the report and exhibits. For the reasons set forth in the motion, the Court grants the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that the Motion to File Under Seal Entire Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 25) is **granted.** The motion at Doc. 25 and the report and exhibits provisionally sealed at Doc. 24 shall be filed under seal.

IT IS SO ORDERED.

Dated August 10, 2023, in Kansas City, Kansas.

                                           <u>s/  John W. Lungstrum</u>
                                           JOHN W. LUNGSTRUM
                                           UNITED STATES DISTRICT JUDGE