IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JUSTIN JADE COLLINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  5:23-cv-03085-HLT-BGS |
| ) | |
| **MELISSA WALDOCK,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendants Melissa Waldock, Joel Hrabe, and (fnu) Lines ("Defendants"), should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint filed herein.  This is the first request for an extension by these Defendants.  Defendants' answer or other responsive pleading is originally due May 17, 2024.  The time to answer has not expired.  Defendant's answer or other responsive pleading is now due on or before May 31, 2024.

Dated this 14th day of May, 2024.


Clerk of the United States District Court
for the District of Kansas


By: /s/ Jeffrey S. Hokanson, Deputy Clerk
      Deputy Clerk

1

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Justin Jade Collins KDOC #87893
ADRESS REDACTED (in accordance with Doc. 50)
*Plaintiff, pro se*

> */s/ Matthew L. Shoger*
> Matthew L. Shoger
> Assistant Attorney General