### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JUSTIN JADE COLLINS,**     )<br>                                                           )<br>           **Plaintiff,**               )<br>                                                           )<br>**v.**                                                   )     Case No. 23-3085-HLT-BGS<br>                                                           )<br>**MELISSA WALDOCK,** *et al.***,**   )<br>                                                           )<br>           **Defendants.**           )<br>_____)| |

### DEFENDANTS' STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS

Defendant Lt. Lines ("Defendant") submits this status report regarding the progress of settlement negotiations in this case between Defendant and Plaintiff Justin Jade Collins. The Court ordered on February 26, 2025, that, "[i]f no dismissal papers have been filed, the Defendant is directed to provide a status update to the Court, after conferring with Plaintiff, by April 25, 2025." (Doc. 64 (emphasis omitted).) Defendant now submits this status report after conferring with Plaintiff by phone. As previously discussed in the status conference on February 26, 2025, Defendant and Plaintiff have agreed to a settlement in principle. On March 24, 2025, the necessary governing body formally approved going forward with that settlement. Defendant and Plaintiff are currently working toward formalizing the terms of the settlement agreement. The parties have been and continue to be participating in ongoing discussions to that end, ensuring that both parties understand and agree to those terms.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for the Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of April, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy also served by means of first-class mail, postage prepaid, addressed to:

    Justin Collins #1321319
    Algoa Correctional Center
    8501 No More Victims Road
    Jefferson City, MO 65101-4567
    *Plaintiff, pro se*

                                          */s/ Matthew L. Shoger*
                                          Matthew L. Shoger
                                          Assistant Attorney General