UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN JADE COLLINS,

    Plaintiff,

v.

MELISSA WALDOCK, et al.,

    Defendants.

Case No. 23-3085-HLT-BGS

**FIRST REVISED SCHEDULING ORDER**

This matter is a civil rights action filed by a prisoner in the custody of the Secretary of the Kansas Department of Corrections ("KDOC"). Plaintiff is not represented by a lawyer. On November 20, 2024, the Court entered a scheduling order in which it set the discovery deadline for April 25, 2025. *See* Doc. 60. During the February 26, 2025 status conference, the parties informed the Court of a potential settlement in this matter. To facilitate settlement and to allow time for the State's governing body to approve the settlement, the Court suspended the remaining deadlines and cancelled all remaining hearings. *See* Doc. 64. Unfortunately, the settlement never came to fruition. Both parties filed status reports explaining that the parties are unable to agree to settlement terms. *See* Docs. 68, 74. Therefore, the Court set a status conference for May 29, 2025. During that conference, the parties confirmed that they failed to reach a settlement. Defense counsel moved for entry of a new schedule so that discovery can be completed. The Court granted the request and sets the following deadlines:

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| Supplementation of initial disclosures | **40 days before the deadline to complete all discovery** |

2

| | |
|---|---|
| Deadline to serve written discovery | **July 2, 2025** |
| Status Conference | **July 18, 2025 at 10:00 a.m.** |
| All discovery completed | **August 1, 2025** |
| Proposed pretrial order due | **September 12, 2025** |
| Pretrial conference (by telephone) | **September 23, 2025 at 10:00 a.m.** |
| Potentially dispositive motions (e.g., summary judgment) | **October 24, 2025** |
| Motions challenging admissibility of expert testimony | **October 24, 2025** |
| Trial — ETT 5 days | **T/B/D** |

All other provisions of the original Scheduling Order, Doc. 60, remain in effect. The schedule adopted in this First Amended Scheduling Order will not be modified except by leave of court upon a showing of good cause.

**IT IS SO ORDERED**.

Dated June 2, 2025, at Wichita, Kansas.

/s/ BROOKS SEVERSON
Brooks G. Severson
United States Magistrate Judge

2